```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SANJAY SOOKUL, on behalf of himself and all :
others similarly situated, :
                          Plaintiff, :
                                     :
           -against- :          23-CV-7277 (VEC)
                                     :
                                     :          ORDER TO SHOW
PRINT SYNDICATE, INC., :                CAUSE
                                     :
                        Defendant. X
--------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 16, 2023, Plaintiff filed a complaint against Defendant in the Southern District of New York, Dkt. 1;

       WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b);

       WHEREAS Plaintiff alleges that he is a resident of Elmont, New York; *see* Dkt. 1 ¶ 15;

       WHEREAS Plaintiff alleges that Defendant resides in Ohio; and

       WHEREAS venue appears improper in the Southern District of New York based on the face of the Complaint;

       IT IS HEREBY ORDERED that by no later than **Friday, September 1, 2023**, Plaintiff must show cause for why venue is proper in the Southern District of New York, or alternatively, why the case should not be transferred to the Eastern District of New York.

**SO ORDERED.**

Date:  August 21, 2023                             _____
         New York, New York                    **VALERIE CAPRONI**
                                                            **United States District Judge**